**Motion Granted in Part; Appellant's Original Brief Stricken, and Order filed December 10, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00160-CR
_____

**FRANCISCO  BRALLAN ANAVISCA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 208th District Court
Harris County, Texas
Trial Court Cause No. 1660617**

## ORDER

Appellant's initial brief disclosed the name of a child victim of sexual assault under the age of 17. *See* Tex. Code Crim. Proc. art. 57.02(h); Tex. R. App. P. 9.10(b). Appellant filed an amended brief on November 17, 2020. The State has filed a motion to seal appellant's initial brief, or alternatively, to grant relief to

ensure the complainants' confidentiality. Accordingly, we grant the State's motion in part and order appellant's brief filed October 30, 2020, STRICKEN.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Poissant.